# EXHIBIT D

**McAfee**
6220 American Center Drive
San Jose, CA 95002
**McAfee.com**



March 22, 2024

**VIA E-MAIL TO: RICHARD.ADAMS@YEPADS.COM**

Richard Adams
Yep Ads HQ
Weteringschans 109
1017 SB Amsterdam
The Netherlands

Re:    Roehrman v. McAfee: TCPA Lawsuit

Dear Richard:

I represent McAfee, LLC, in connection with an Indiana federal court lawsuit, Victoria Roehrman v. McAfee LLC, Case No. 1:23-CV-02146 (S.D. Ind.) alleging violation of the Telephone Consumer Protection Act based on certain promotional text messages apparently sent by a Yep Ads affiliated sub-publisher.  The lawsuit alleges that Ms. Roehrman personally received 23 text messages purporting to originate from McAfee.  Although formal discovery has not yet commenced, the text screenshots produced by Ms. Roehrman and linked to Yep Ads are attached in the cover email accompanying this letter. As you know, marketing McAfee's products or services through text messaging is strictly prohibited.

McAfee hereby demands that Yep Ads cease and desist from any and all non-compliant conduct and from utilizing for any McAfee-related business or communications the sub-publisher who is responsible for the non-compliant conduct of which Ms. Roehrman has complained, which, if proven as alleged, violates McAfee's Program Terms and Conditions (the "Ts&Cs").  Under McAfee's Ts&Cs, by participating in the McAfee Affiliate Program, Yep Ads agreed to the following provisions:

No fraud, abuse, etc.  You will not, and will not knowingly permit other persons to, engage in any fraudulent, abusive or illegal activity in connection with your participation in the program.



No SMS and MMS.  Short message service and multimedia messaging services are not allowed to promote McAfee.

McAfee will not tolerate conduct from its Affiliate Program participants or their affiliates that violates McAfee's guidelines, Ts&Cs, or any law or regulation. Yep Ads must take immediate steps to ensure compliance and to ensure that the responsible sub-publisher is banned from any further McAfee-related work. McAfee further demands that Yep Ads similarly ban from performing further McAfee-related work any other sub-publishers who have engaged in unauthorized texting or messaging.

McAfee further notifies Yep Ads that it reserves any right to indemnity under Yep Ads' agreements with Commission Junction LLC ("CJ") that would be applicable to McAfee or at common law.

Please respond in writing within five business days of this letter to confirm that the non-compliant publisher, along with any other publishers that Yep Ads determines have been non-compliant, have been notified that they are barred from current and future participation in the McAfee Affiliate Program.  Your cooperation is appreciated.

Regards,

*Tricia Hill*

Attorney for McAfee, LLC

Cc: Jeffrey Debo, Commission Junction LLC
    Jessica Hsu, McAfee Director, Marketing