# EXHIBIT F

**McAfee**
6220 American Center Drive
San Jose, CA 95002
**McAfee.com**



June 26, 2024

**VIA E-MAIL TO: RICHARD.ADAMS@YEPADS.COM**

Richard Adams
Yep Ads HQ
Weteringschans 109
1017 SB Amsterdam
The Netherlands

Re: **Roehrman v. McAfee: TCPA Lawsuit**

Dear Richard:

I am writing as a follow-up to my previous letter to you dated March 22, 2024 regarding a pending lawsuit against McAfee, Victoria Roehrman v. McAfee LLC, Case No. 1:23-CV-02146 (S.D. Ind.) alleging violation of the Telephone Consumer Protection Act. That letter put Yep Ads on notice that the lawsuit involved certain promotional text messages apparently sent by a Yep Ads affiliated sub-publisher.

Plaintiff has now produced two additional text messages she allegedly received containing the following links which appear to be affiliated with Yep Ads and/or its sub-publisher:

- August 3, 2021 at 5:07 p.m.

  https://www.mcafee.com/consumer/en-us/landing-page/direct/aff/mtp-family/desktop/mcafee-total-protection.html?pkg_id=521&culture=en-us&SID=9d054a80-eb0d-41d1-b907-9f2bc3129baf&cjevent=7ac48766090011ec8092200b0a82b839&affid=1494&csrc=cj&csrcl2=YDM&ccoe=direct&ccoel2=am&ccstype=partnerlinks_7ac48766090011ec8092200b0a82b839&CID=242012&PID=100478314&cctype=desktop&prgt=aCJ?

- August 27, 2021 at 4:20 p.m.

  https://www.mcafee.com/consumer/en-us/landing-page/direct/aff/mtp-family/desktop/mcafee-total-protection.html?pkg_id=521&culture=en-us&SID=812c556e-38aa-4143-a4f7-1d4a44193dec&cjevent=793386dd078f11ec8043003d0a82b82d&affid=1494&csrc=cj&csrcl2=YDM&ccoe=direct&ccoel2=am&ccstype=partnerlinks_793386dd078f11ec8043003d0a82b82d&CID=242012&PID=100478314&cctype=desktop&prgt=a

As you know, marketing McAfee's products or services through text messaging is strictly prohibited. McAfee hereby demands that Yep Ads cease and desist from any

and all non-compliant conduct and from utilizing for any McAfee-related business or communications any sub-publisher affiliated with the above text links or who is otherwise responsible for the non-compliant conduct of which Ms. Roehrman has complained, which, if proven as alleged, violates McAfee's Program Terms and Conditions (the "Ts&Cs").

Under McAfee's Ts&Cs, by participating in the McAfee Affiliate Program, Yep Ads agreed to the following provisions:

*No fraud, abuse, etc. You will not, and will not knowingly permit other persons to, engage in any fraudulent, abusive or illegal activity in connection with your participation in the program.*

*No SMS and MMS. Short message service and multimedia messaging services are not allowed to promote McAfee.*

McAfee will not tolerate conduct from its Affiliate Program participants or their affiliates that violates McAfee's guidelines, Ts&Cs, or any law or regulation.

Given the 2021 dates of the messages containing the above links, the responsible sub-publisher may be the same entity associated with the message identified in my prior letter, that you confirmed was removed from the McAfee program in early 2022. Please confirm if that is the case.  In any event, Yep Ads must take immediate steps to ensure compliance and to ensure that the responsible sub-publisher(s) is/are banned from any further McAfee-related work.  McAfee further demands that Yep Ads similarly ban from performing further McAfee-related work any other sub-publishers who have engaged in unauthorized texting or messaging.

McAfee further notifies Yep Ads that it reserves any right to indemnity under Yep Ads' agreements with Commission Junction LLC ("CJ") that would be applicable to McAfee or at common law.

Please respond in writing by **Friday, June 28** to confirm that the non-compliant publisher responsible for the above text messages, along with any other publishers that Yep Ads determines have been non-compliant, have been notified that they are barred from current and future participation in the McAfee Affiliate Program. Your cooperation is appreciated.

Regards,

*Tricia Hill*

Attorney for McAfee, LLC

Cc: Jeffrey Debo, Commission Junction LLC
Jessica Hsu, McAfee Director, Marketing