# EXHIBIT K

From: Richard Adams | Yep Ads <richard.adams@yepads.com>
Subject: RE: Letter from McAfee LLC
Date: March 25, 2024 at 12:45:59 PM EDT
To: "Hill, Patricia (CW)" <Patricia_Hill@McAfee.com>
Cc: Jeffrey DeBo <jeffrey.debo@cj.com>, "Hsu, Jessica"
<Jessica_Hsu@McAfee.com>

**CAUTION**: External email. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Hi Patricia,

As per our communications in early 2022, we removed a source we believed caused the issue.

The timeline of the information you shared Friday dates to 2021 which is in alignment with the time period of the same issue we already touched base on 2 years ago.

We do not facilitate or engage with traffic partners who break program terms and conditions. We make continuous efforts on our side to train our team members to interview and ask the right onboarding questions on the traffic supply side to prevent bad actors from deceiving their way onto the program.

I do not believe we have had a single incident of prohibited SMS traffic since this was originally brought to our attention late 2021/ early 2022 which leads us to believe our removal of the source in question solved the issue.

Thanks
Richard


**From:** Hill, Patricia (CW) <Patricia_Hill@McAfee.com>
**Sent:** Friday, March 22, 2024 2:19 PM
**To:** Richard Adams | Yep Ads <richard.adams@yepads.com>
**Cc:** Jeffrey DeBo <jeffrey.debo@cj.com>; Hsu, Jessica

<Jessica_Hsu@McAfee.com>
**Subject:** RE: Letter from McAfee LLC

Thank you Richard.

**From:** Richard Adams | Yep Ads <richard.adams@yepads.com>
**Sent:** Friday, March 22, 2024 1:08 PM
**To:** Hill, Patricia (CW) <Patricia_Hill@McAfee.com>
**Cc:** Jeffrey DeBo <jeffrey.debo@cj.com>; Hsu, Jessica <Jessica_Hsu@McAfee.com>
**Subject:** RE: Letter from McAfee LLC

**CAUTION**: External email. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Hi Tricia,

Thanks for sharing – acknowledging receipt.

I just shared already shared internally to relevant parties and our legal team. Please expect a response early next week within the time frame you have requested a response.

Thanks
Richard

**From:** Hill, Patricia (CW) <Patricia_Hill@McAfee.com>
**Sent:** Friday, March 22, 2024 1:00 PM
**To:** Richard Adams | Yep Ads <richard.adams@yepads.com>
**Cc:** Jeffrey DeBo <jeffrey.debo@cj.com>; Hsu, Jessica <Jessica_Hsu@McAfee.com>
**Subject:** Letter from McAfee LLC

Hi Richard:

Please see attached letter regarding a pending lawsuit against McAfee.   As referenced in the letter, also attached are screenshots of the text message in question showing the link with

Yep Ads identifier.  I look forward to hearing from you.

Regards,
Tricia Hill
Attorney for McAfee LLC