# EXHIBIT M

**From:** Richard Adams | Yep Ads <richard.adams@yepads.com>
**Sent:** Friday, June 28, 2024 10:58 AM
**To:** Hill, Patricia (CW) <Patricia_Hill@McAfee.com>
**Cc:** Jeffrey DeBo <jeffrey.debo@cj.com>; Hsu, Jessica <Jessica_Hsu@McAfee.com>
**Subject:** Re: Follow Up Letter from McAfee re: Roehrman v. McAfee

**CAUTION**: External email. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Hi Patricia,

As per our communications in early 2022, we removed a source we believed caused the issue.

The timeline of the information you shared Wednesday dates to 2021 which is in alignment with the time period of the same issue we already touched base on just over 2 years ago.

We do not facilitate or engage with traffic partners who break program terms and conditions. We make continuous efforts on our side to train our team members to interview and ask the right onboarding questions on the traffic supply side to prevent bad actors from deceiving their way onto the program.

I do not believe we have had a single incident of prohibited SMS traffic since this was originally brought to our attention late 2021/early 2022 which leads us to believe our removal of the source in question solved the issue.

Thanks

Richard

> On Jun 26, 2024, at 8:12 PM, Hill, Patricia (CW) <Patricia_Hill@mcafee.com> wrote:
>
> Thank you Richard.
>
> **From:** Richard Adams | Yep Ads <richard.adams@yepads.com>

**Sent:** Wednesday, June 26, 2024 3:11 PM
**To:** Hill, Patricia (CW) <Patricia_Hill@McAfee.com>
**Cc:** Jeffrey DeBo <jeffrey.debo@cj.com>; Hsu, Jessica <Jessica_Hsu@McAfee.com>
**Subject:** RE: Follow Up Letter from McAfee re: Roehrman v. McAfee

> **CAUTION**: External email. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Hi Patricia,

Acknowledging receipt. Will get back to you by June 28th.

Thanks
Richard

---

**From:** Hill, Patricia (CW) <Patricia_Hill@McAfee.com>
**Sent:** Wednesday, June 26, 2024 2:10 PM
**To:** Richard Adams | Yep Ads <richard.adams@yepads.com>
**Cc:** Jeffrey DeBo <jeffrey.debo@cj.com>; Hsu, Jessica <Jessica_Hsu@McAfee.com>
**Subject:** Follow Up Letter from McAfee re: Roehrman v. McAfee

Hi Richard,

Please see attached letter.

Regards,
Tricia Hill
Attorney for McAfee LLC