UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| VICTORIA ROEHRMAN, | ) | |
| | ) | |
| *Plaintiff*, | ) | |
| | ) | |
| v. | ) | No. 1:23-cv-02146-JMS-MG |
| | ) | |
| MCAFEE, LLC, | ) | |
| | ) | |
| *Defendant*. | ) | |

**FINAL JUDGMENT PURSUANT TO FED. R. CIV. PRO. 58**

Pursuant to the Order granting in part Defendant's Motion to Dismiss Plaintiff's First Amended Complaint on December 5, 2024, the Court now enters **FINAL JUDGMENT** in favor of Defendant and against Plaintiff such that Plaintiff's claims against Defendant are **DISMISSED** for lack of jurisdiction.

Date: 12/6/2024

Hon. Jane Magnus-Stinson, Judge
United States District Court
Southern District of Indiana

Kristine L. Seufert, Clerk

BY: _____
Deputy Clerk, U.S. District Court

Distribution:

Stacy M. Bardo
Bardo Law, P.C.
stacy@bardolawpc.com

David Meadows
Watstein Terepka LLP
dmeadows@wtlaw.com

John Thomas Steinkamp
JOHN STEINKAMP & ASSOCIATES
John@johnsteinkampandassociates.com

Ryan D. Watstein
Watstein Terepka LLP
ryan@wtlaw.com

Amy L. Wells
Wells Law Office, Inc.
amywells@equaljusticelaw.com

Benjamin Williams
Watstein Terepka LLP
bwilliams@wtlaw.com